[No. 60919-0-I. Division One. November 3, 2008.]

ANDERSON PAPER AND PACKAGING, INC., *Appellant*, v. RICK
JOHNSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for What-
com County, No. 07-2-01006-4, Charles R. Snyder, J., en-
tered November 16, 2007. *Affirmed in part, reversed in part,*
and *remanded* by unpublished opinion per Ellington, J.,
concurred in by Dwyer, A.C.J., and Appelwick, J.

[No. 61336-7-I. Division One. November 3, 2008.]

EASTPORT SHORES CONDOMINIUM ASSOCIATION, *Respondent*, v.
LANA B. BERRY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 07-2-27776-5, William L. Downing, J., entered
February 19, 2008. *Affirmed* by unpublished opinion per
Appelwick, J., concurred in by Lau and Leach, JJ.

[No. 36208-2-II. Division Two. November 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID PAUL
MELANCON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 06-1-04015-7, Vicki L. Hogan, J., entered March
23, 2007. *Affirmed* by unpublished opinion per Houghton, J.,
concurred in by Bridgewater and Armstrong, JJ.

[No. 36596-1-II. Division Two. November 4, 2008.]

SHARON K. PANTALEO, *Respondent*, v. KENNETH D. JOHNSON,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 05-2-09407-4, Rosanne Buckner, J., entered
June 22, 2007. *Affirmed* by unpublished opinion per Hunt,
J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.